IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:16-cv-00043-FL

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION successor to RBC Bank (USA),<br>　　　Plaintiff,<br><br>v.<br><br>TRI-THERAPY EAST, INC.,<br>DOWN EAST RESPIRATORY SERVICES, INC.,<br>STEVEN G. FEREBEE and<br>CHRISTY B. FEREBEE,<br><br>　　　Defendants. | **ENTRY OF DEFAULT AGAINST DEFENDANTS TRI-THERAPY EAST, INC. and DOWN EAST RESPIRATORY SERVICES, INC.** |

THIS CAUSE coming on to be heard and being heard before the undersigned, upon Plaintiff's Motion for Entry of Default Against Defendants Tri-Therapy East, Inc. and Down East Respiratory Services, Inc.; and

IT APPEARING TO THE CLERK that Defendants Tri-Therapy East, Inc. and Down East Respiratory Services, Inc. are in default for failure to file an answer or other responsive pleading to the Complaint as required by law;

NOW, THEREFORE, default is hereby entered against Defendants Tri-Therapy East, Inc. and Down East Respiratory Services, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This the 1st day of June, 2016.

_____
Julie Richards Johnston
Clerk of Court